IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PAUL D. STUART            PLAINTIFF

v.            Case No. 3:13-CV-03016

RAY HOBBS, Director, Arkansas
Department of Corrections            DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the instant petition is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 19th day of February, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE