IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PAUL D. STUART                                                                        PLAINTIFF

v.                                  Case No. 3:13-CV-03016

RAY HOBBS, Director, Arkansas
Department of Corrections                                                    DEFENDANT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 13) from Chief United States Magistrate Judge James R. Marschewski. The Court has conducted a careful review of the findings and recommendations and of the timely objections filed by Petitioner Paul D. Stuart. After reviewing the record *de novo* as to Mr. Stuart's objections, the Court finds the Magistrate's reasoning to be sound and further finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrates' findings.

IT IS THEREFORE ORDERED that the findings and recommendations of the Magistrate are approved and adopted as this Court's findings in their entirety.

Accordingly, IT IS FURTHER ORDERED that Mr. Stuart's motion (Doc. 11) for a certificate of appealability is DENIED.

IT IS SO ORDERED this 19th day of September, 2013.

                                                                 */s/ P. K. Holmes, III*
                                                                 P.K. HOLMES, III
                                                                 CHIEF U.S. DISTRICT JUDGE